OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701  $ 000.27⁵
02 1W
0001401623 JUN. 17. 2015

6/17/2015

JONES, ISAAC JAMES     Tr. Ct. No. 411361-G                    WR-19,143-08

The Court has dismissed without written order this subsequent application for a writ of habeas corpus. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 4(a)-(c). .

Abel Acosta, Clerk

ISAAC JAMES JONES
SOUTHEAST TEXAS TRANSITIONAL CENTER
10950 BEAUMONT HIGHWAY          ANK
HOUSTON, TX 77078

JUN 22 2015
UNCLAIMED

MEBN3B 77078